# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-03236 |
| | § | |
| KENNETH COFFEE | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/03/2016. The undersigned trustee was appointed on 02/03/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $3,025.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $540.47 |
   | Bank service fees | $7.50 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $1,500.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $977.03 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 08/09/2016 and the deadline for filing government claims was 08/09/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $381.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $381.25, for a total compensation of $381.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $50.85, for total expenses of $50.85.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/23/2017                    By:  /s/ David P. Leibowitz
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 16-03236 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COFFEE, KENNETH | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| For the Period Ending: | 3/23/2017 | §341(a) Meeting Date: | 03/01/2016 |
| | | Claims Bar Date: | 08/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   2002 Dodge Durango mileage: 185000 2002 Dodge Durango 185000 | $1,875.00 | $0.00 | | $0.00 | FA |
| 2   1996 Bayliner 20' Model 2002 Trophy Walk Around Fishing Boat (serial: BYQD41FFD696) | $500.00 | $3,250.00 | | $2,662.00 | FA |
| Asset Notes:   Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
|       Trustee to sell the boat and components and pay Debtor his exemptions. | | | | | |
|       (Motor and Trailer split up from original "fishing boat" asset for clarity) | | | | | |
| 3   Used Furniture | $0.00 | $0.00 | | $0.00 | FA |
| 4   Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 5   Checking account: Bank One Checking | $328.00 | $0.00 | | $0.00 | FA |
| 6   Pension plan:CTA Pension | $0.00 | $0.00 | | $0.00 | FA |
| 7   Anticipated 2015 Tax Refund (Federal) | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
| 8   Anticipated 2015 Tax Refund (State) (u) | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
| 9   Life Insurance Policy through employer, no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 10   1996 Mercury Marine 120HP Force Model 120EXLPT Outboard Gas Motor, 5250 Max RPM (u) | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Boat component - Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
|       Trustee to sell the boat and components and pay Debtor his exemptions. | | | | | |
|       (Motor and Trailer split up from original "fishing boat" asset for clarity, but ultimately sold as single unit, with proceeds allocated to Asset #2) | | | | | |
| 11   1997 E-Z Loader Tandem Axle Boat Trailer, VIN: 1ZEAMTG1VA013632 (u) | $100.00 | $400.00 | | $363.00 | FA |
| Asset Notes:   Boat component - Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
|       Trustee to sell the boat and components and pay Debtor his exemptions. | | | | | |
|       (Motor and Trailer split up from original "fishing boat" asset for clarity) | | | | | |
| 12   Tackle equipment (fishing) (u) | $20.00 | $0.00 | | $0.00 | FA |
| 13   Bicycle (u) | $30.00 | $0.00 | | $0.00 | FA |
| 14   Ruger LCP 9mm (u) | $250.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 16-03236 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | COFFEE, KENNETH | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| For the Period Ending: | 3/23/2017 | §341(a) Meeting Date: | 03/01/2016 |
|  |  | Claims Bar Date: | 08/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 Wrist watch & cubic zirconia earring (u) | $25.00 | $0.00 |  | $0.00 | FA |
| 16 Panasonic rear-projection television (u) | $50.00 | $0.00 |  | $0.00 | FA |

TOTALS (Excluding unknown value)     $4,878.00     $3,650.00     $3,025.00

Gross Value of Remaining Assets
$0.00

**Major Activities affecting case closing:**
03/12/2017     Ready for TFR

Initial Projected Date Of Final Report (TFR):     03/31/2017     Current Projected Date Of Final Report (TFR):

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit B

| Case No. | 16-03236 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COFFEE, KENNETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Coffee, Kenneth |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/23/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2016 | | American Auction Associates, Inc. | Gross proceeds of sale of Boat | * | $2,750.00 | | $2,750.00 |
| | {2} | | Proceeds from sale of boat, motor, and trailer    $2,420.00 | 1129-000 | | | $2,750.00 |
| | {11} | | Proceeds from sale of boat, motor, and trailer    $330.00 | 1129-000 | | | $2,750.00 |
| 09/19/2016 | | American Auction Associates, Inc. | Commission initially withheld | * | $275.00 | | $3,025.00 |
| | {2} | | additional proceeds    $242.00 | 1129-000 | | | $3,025.00 |
| | {11} | | additional proceeds    $33.00 | 1129-000 | | | $3,025.00 |
| 09/23/2016 | 3001 | KENNETH COFFEE | schedule C amount claimed exempt with respect to boat | 8100-002 | | $1,500.00 | $1,525.00 |
| 09/28/2016 | 3002 | American Auction Associates, Inc. | Per Court Order 9/28/2016 Docket 27 | * | | $540.47 | $984.53 |
| | | | Auctioneer's Fee    $(275.00) | 3610-000 | | | $984.53 |
| | | | Auctioneer's Expense    $(265.47) | 3620-000 | | | $984.53 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.81 | $981.72 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.59 | $980.13 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.53 | $978.60 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.57 | $977.03 |

SUBTOTALS    $3,025.00    $2,047.97

FORM 2

Page No: 2    Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-03236 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | COFFEE, KENNETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Coffee, Kenneth |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/23/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $3,025.00 | $2,047.97 | $977.03 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,025.00 | $2,047.97 | |
| | | | Less: Payments to debtors | | $0.00 | $1,500.00 | |
| | | | Net | | $3,025.00 | $547.97 | |

For the period of 2/3/2016 to 3/23/2017

| | |
| --- | --- |
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $547.97 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $2,047.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/12/2016 to 3/23/2017

| | |
| --- | --- |
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $547.97 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $2,047.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORM 2 | | | | Page No: 3 | | Exhibit B |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 16-03236 | Trustee Name: | David Leibowitz | |
| Case Name: | COFFEE, KENNETH | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******3601 | |
| Co-Debtor Taxpayer ID #: | | Account Title: | Coffee, Kenneth | |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 3/23/2017 | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,025.00 | $2,047.97 | $977.03 |

For the period of 2/3/2016 to 3/23/2017

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $547.97 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $2,047.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 02/03/2016 to 3/23/2017

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $547.97 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $2,047.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

## CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

Case No. 16-03236
Case Name: COFFEE, KENNETH
Claims Bar Date: 08/09/2016

Trustee Name: David Leibowitz
Date: 3/23/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $417.81 | $0.00 | $0.00 | $0.00 | $417.81 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $50.85 | $0.00 | $0.00 | $0.00 | $50.85 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $381.25 | $0.00 | $0.00 | $0.00 | $381.25 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br><br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $712.68 | $0.00 | $0.00 | $0.00 | $712.68 |

**Claim Notes:** (5-1) Money Loaned

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,859.48 | $0.00 | $0.00 | $0.00 | $1,859.48 |
| 4 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br><br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,149.77 | $0.00 | $0.00 | $0.00 | $1,149.77 |

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 16-03236 |
|---|---|
| Case Name: | COFFEE, KENNETH |
| Claims Bar Date: | 08/09/2016 |

Trustee Name: David Leibowitz
Date: 3/23/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank (Walmart)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,988.07 | $0.00 | $0.00 | $0.00 | $1,988.07 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,120.32 | $0.00 | $0.00 | $0.00 | $9,120.32 |
| | | | | | $15,680.23 | $0.00 | $0.00 | $0.00 | $15,680.23 |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

Case No. 16-03236
Case Name: COFFEE, KENNETH
Claims Bar Date: 08/09/2016

Trustee Name: David Leibowitz
Date: 3/23/2017

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $417.81 | $417.81 | $0.00 | $0.00 | $0.00 | $417.81 |
| Payments to Unsecured Credit Card Holders | $14,830.32 | $14,830.32 | $0.00 | $0.00 | $0.00 | $14,830.32 |
| Trustee Compensation | $381.25 | $381.25 | $0.00 | $0.00 | $0.00 | $381.25 |
| Trustee Expenses | $50.85 | $50.85 | $0.00 | $0.00 | $0.00 | $50.85 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03236
Case Name: KENNETH COFFEE
Trustee Name: David P. Leibowitz

Balance on hand: $977.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $977.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| David P. Leibowitz, Trustee Fees | $381.25 | $0.00 | $381.25 |
| David P. Leibowitz, Trustee Expenses | $50.85 | $0.00 | $50.85 |
| American Auction Associates, Inc., Auctioneer for Trustee Fees | $275.00 | $275.00 | $0.00 |
| American Auction Associates, Inc., Auctioneer for Trustee Expenses | $265.47 | $265.47 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $432.10
Remaining balance: $544.93

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $544.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|                                              | Total to be paid to priority claims: | $0.00    |
|---------------------------------------------:|-------------------------------------:|---------:|
|                                              | Remaining balance:                   | $544.93  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,248.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $1,859.48 | $0.00 | $66.45 |
| 2 | Capital One Bank (USA), N.A. | $417.81 | $0.00 | $14.93 |
| 3 | PYOD, LLC its successors and assigns as assignee | $9,120.32 | $0.00 | $325.94 |
| 4 | LVNV Funding, LLC its successors and assigns as | $1,149.77 | $0.00 | $41.09 |
| 5 | Department Store National Bank | $712.68 | $0.00 | $25.47 |
| 6 | Portfolio Recovery Associates, LLC | $1,988.07 | $0.00 | $71.05 |

|  | Total to be paid to timely general unsecured claims: | $544.93 |
|--:|--:|--:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|--:|--:|--:|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST Form 101-7-TFR (5/1/2011)

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)