**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-03236 |
| | § | |
| KENNETH COFFEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,878.00 |
| Total Distributions to Claimants: | $544.93 | Claims Discharged Without Payment: | $41,605.20 |
| Total Expenses of Administration: | $980.07 | | |

3) Total gross receipts of $3,025.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,500.00 (see **Exhibit 2),** yielded net receipts of $1,525.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $980.07 | $980.07 | $980.07 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $42,012.00 | $15,248.13 | $15,248.13 | $544.93 |
| **Total Disbursements** | $42,012.00 | $16,228.20 | $16,228.20 | $1,525.00 |

    4). This case was originally filed under chapter 7 on 02/03/2016. The case was pending for 16 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017      By: /s/ David P. Leibowitz
                                                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1996 Bayliner 20’ Model 2002 Trophy Walk Around Fishing Boat (serial: BYQD41FFD696) | 1129-000 | $2,662.00 |
| 1997 E-Z Loader Tandem Axle Boat Trailer, VIN: 1ZEAMTG1VA013632 | 1229-000 | $363.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,025.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| KENNETH COFFEE | Exemptions | 8100-002 | $1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,500.00** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $381.25 | $381.25 | $381.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $50.85 | $50.85 | $50.85 |
| Green Bank | 2600-000 | NA | $7.50 | $7.50 | $7.50 |
| Auctioneer's Fee, Auctioneer for Trustee | 3610-000 | NA | $275.00 | $275.00 | $275.00 |
| Auctioneer's Expense, Auctioneer for Trustee | 3620-000 | NA | $265.47 | $265.47 | $265.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $980.07 | $980.07 | $980.07 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $1,859.00 | $1,859.48 | $1,859.48 | $66.45 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $417.00 | $417.81 | $417.81 | $14.93 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $9,120.00 | $9,120.32 | $9,120.32 | $325.94 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $1,014.00 | $1,149.77 | $1,149.77 | $41.09 |
| 5 | Department Store National Bank | 7100-900 | $712.00 | $712.68 | $712.68 | $25.47 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $1,988.00 | $1,988.07 | $1,988.07 | $71.05 |
|  | BK OF AMER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BK OF AMER | 7100-000 | $1,244.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE CARD | 7100-000 | $5,581.00 | $0.00 | $0.00 | $0.00 |
|  | CHOICE RECOVERY | 7100-000 | $215.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago Parking | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | CONVERGENT OUTSOURCING | 7100-000 | $268.00 | $0.00 | $0.00 | $0.00 |
|  | CREDITONEBNK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | MERCHANTS CREDIT GUIDE | 7100-000 | $61.00 | $0.00 | $0.00 | $0.00 |
|  | ONEMAIN | 7100-000 | $11,643.00 | $0.00 | $0.00 | $0.00 |
|  | ONEMAIN | 7100-000 | $7,690.00 | $0.00 | $0.00 | $0.00 |
|  | PEOPLES ENGY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | SHEFFIELD FINANCIAL CO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | SYNCB/WALMAR | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,012.00 | $15,248.13 | $15,248.13 | $544.93 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 16-03236 | | Trustee Name: | David Leibowitz |
| Case Name: | COFFEE, KENNETH | | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| For the Period Ending: | 6/15/2017 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 08/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2002 Dodge Durango mileage: 185000 2002 Dodge Durango 185000 | $1,875.00 | $0.00 | | $0.00 | FA |
| 2  1996 Bayliner 20' Model 2002 Trophy Walk Around Fishing Boat (serial: BYQD41FFD696) | $500.00 | $3,250.00 | | $2,662.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 3/30/16 (dkt 12) Trustee to sell the boat and components and pay Debtor his exemptions. (Motor and Trailer split up from original "fishing boat" asset for clarity) | | | | | |
| 3  Used Furniture | $0.00 | $0.00 | | $0.00 | FA |
| 4  Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 5  Checking account: Bank One Checking | $328.00 | $0.00 | | $0.00 | FA |
| 6  Pension plan:CTA Pension | $0.00 | $0.00 | | $0.00 | FA |
| 7  Anticipated 2015 Tax Refund (Federal) | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
| 8  Anticipated 2015 Tax Refund (State) **(u)** | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 3/30/16 (dkt 12) | | | | | |
| 9  Life Insurance Policy through employer, no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 10  1996 Mercury Marine 120HP Force Model 120EXLPT Outboard Gas Motor, 5250 Max RPM **(u)** | $900.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Boat component - Updated per amended B/C filed 3/30/16 (dkt 12) Trustee to sell the boat and components and pay Debtor his exemptions. (Motor and Trailer split up from original "fishing boat" asset for clarity, but ultimately sold as single unit, with proceeds allocated to Asset #2) | | | | | |
| 11  1997 E-Z Loader Tandem Axle Boat Trailer, VIN: 1ZEAMTG1VA013632 **(u)** | $100.00 | $400.00 | | $363.00 | FA |
| **Asset Notes:** Boat component - Updated per amended B/C filed 3/30/16 (dkt 12) Trustee to sell the boat and components and pay Debtor his exemptions. (Motor and Trailer split up from original "fishing boat" asset for clarity) | | | | | |
| 12  Tackle equipment (fishing) **(u)** | $20.00 | $0.00 | | $0.00 | FA |
| 13  Bicycle **(u)** | $30.00 | $0.00 | | $0.00 | FA |
| 14  Ruger LCP 9mm **(u)** | $250.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit 8

| **Case No.:** | 16-03236 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | COFFEE, KENNETH | | **Date Filed (f) or Converted (c):** | 02/03/2016 (f) |
| **For the Period Ending:** | 6/15/2017 | | **§341(a) Meeting Date:** | 03/01/2016 |
| | | | **Claims Bar Date:** | 08/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 15  Wrist watch & cubic zirconia earring  (u) | $25.00 | $0.00 | | $0.00 | FA |
| 16  Panasonic rear-projection television  (u) | $50.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                             **Gross Value of Remaining Assets**
                                        $4,878.00              $3,650.00                                       $3,025.00                         $0.00

**Major Activities affecting case closing:**

03/12/2017    2017 Activity:
              Auction of boat & related items completed; exempted proceeds returned to the debtor.

**Initial Projected Date Of Final Report (TFR):**   03/31/2017       **Current Projected Date Of Final Report (TFR):**          /s/ DAVID LEIBOWITZ
                                                                                                                                 DAVID LEIBOWITZ

| Case No.                 | 16-03236       | Trustee Name:              | David Leibowitz   |
|--------------------------|----------------|----------------------------|-------------------|
| Case Name:               | COFFEE, KENNETH| Bank Name:                 | Green Bank        |
| Primary Taxpayer ID #:   | **-***9067     | Checking Acct #:           | ******3601        |
| Co-Debtor Taxpayer ID #: |                | Account Title:             | Coffee, Kenneth   |
| For Period Beginning:    | 2/3/2016       | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending:       | 6/15/2017      | Separate bond (if applicable): |               |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2016 |      | American Auction Associates, Inc. | Gross proceeds of sale of Boat | * | $2,750.00 |  | $2,750.00 |
|            | {2}  |                                   | Proceeds from sale of boat, motor, and trailer $2,420.00 | 1129-000 |  |  | $2,750.00 |
|            | {11} |                                   | Proceeds from sale of boat, motor, and trailer $330.00 | 1229-000 |  |  | $2,750.00 |
| 09/19/2016 |      | American Auction Associates, Inc. | Commission initially withheld | * | $275.00 |  | $3,025.00 |
|            | {2}  |                                   | additional proceeds $242.00 | 1129-000 |  |  | $3,025.00 |
|            | {11} |                                   | additional proceeds $33.00 | 1229-000 |  |  | $3,025.00 |
| 09/23/2016 | 3001 | KENNETH COFFEE                    | schedule C amount claimed exempt with respect to boat | 8100-002 |  | $1,500.00 | $1,525.00 |
| 09/28/2016 | 3002 | American Auction Associates, Inc. | Per Court Order 9/28/2016 Docket 27 | * |  | $540.47 | $984.53 |
|            |      |                                   | Auctioneer's Fee $(275.00) | 3610-000 |  |  | $984.53 |
|            |      |                                   | Auctioneer's Expense $(265.47) | 3620-000 |  |  | $984.53 |
| 09/30/2016 |      | Green Bank                        | Bank Service Fee | 2600-000 |  | $2.81 | $981.72 |
| 10/31/2016 |      | Green Bank                        | Bank Service Fee | 2600-000 |  | $1.59 | $980.13 |
| 11/30/2016 |      | Green Bank                        | Bank Service Fee | 2600-000 |  | $1.53 | $978.60 |
| 12/30/2016 |      | Green Bank                        | Bank Service Fee | 2600-000 |  | $1.57 | $977.03 |
| 04/19/2017 | 3003 | David P. Leibowitz                | Trustee Compensation | 2100-000 |  | $381.25 | $595.78 |
| 04/19/2017 | 3004 | David P. Leibowitz                | Trustee Expenses | 2200-000 |  | $50.85 | $544.93 |
| 04/19/2017 | 3005 | Capital One Bank (USA), N.A.      | Claim #: 2; Amount Claimed: $417.81; Distribution Dividend: 3.57%; | 7100-000 |  | $14.93 | $530.00 |
| 04/19/2017 | 3006 | Discover Bank                     | Claim #: 1; Amount Claimed: $1,859.48; Distribution Dividend: 3.57%; | 7100-900 |  | $66.45 | $463.55 |
| 04/19/2017 | 3007 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: $9,120.32; Distribution Dividend: 3.57%; | 7100-900 |  | $325.94 | $137.61 |
| 04/19/2017 | 3008 | LVNV Funding, LLC its successors and assigns as | Claim #: 4; Amount Claimed: $1,149.77; Distribution Dividend: 3.57%; | 7100-900 |  | $41.09 | $96.52 |
| 04/19/2017 | 3009 | Department Store National Bank    | Claim #: 5; Amount Claimed: $712.68; Distribution Dividend: 3.57%; | 7100-900 |  | $25.47 | $71.05 |
| 04/19/2017 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: $1,988.07; Distribution Dividend: 3.57%; | 7100-900 |  | $71.05 | $0.00 |
|            |      |                                   | **SUBTOTALS** |  | $3,025.00 | $3,025.00 |  |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03236 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COFFEE, KENNETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Coffee, Kenneth |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $3,025.00 | $3,025.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,025.00 | $3,025.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,500.00 | |
| | | | **Net** | | $3,025.00 | $1,525.00 | |

**For the period of 2/3/2016 to 6/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,525.00 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $3,025.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/12/2016 to 6/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,525.00 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $3,025.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03236 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COFFEE, KENNETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Coffee, Kenneth |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/15/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $3,025.00 | $3,025.00 | $0.00 |

**For the period of 2/3/2016 to 6/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,525.00 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $3,025.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/03/2016 to 6/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,025.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,025.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,525.00 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $3,025.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ